UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE PEREZ,<br><br>              Plaintiff,<br><br>     v.<br><br>ROB BONTA, et al.,<br><br>              Defendants. | 1:22-cv-00692-AWI-GSA (PC)<br><br>ORDER DISREGARDING MOTION TO PROCEED IN FORMA PAUPERIS AS MOOT<br><br>(Document# 13) |

Plaintiff is a state prisoner proceeding *pro se* in a civil rights action pursuant to 42 U.S.C. Section § 1983.

On August 8, 2022, plaintiff filed an application to proceed *in forma pauperis*. Due to the fact that the filing fee in the present case has already been paid on April 27, 2022, IT IS HEREBY ORDERED THAT plaintiff's application to proceed *in forma pauperis* of August 8, 2022, is DISREGARDED AS MOOT.

IT IS SO ORDERED.

   Dated:   **August 10, 2022**              **/s/ Gary S. Austin**
                                                                  UNITED STATES MAGISTRATE JUDGE